**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **May 31, 2018**

LOCATION OF HEARING SESSION:     Everett McKinley Dirksen
                                   United States Courthouse
                                 Courtroom No. 2525, 25th Floor
                                 219 South Dearborn Street
                                 Chicago, Illinois  60604

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:
- The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions including those concerning an appropriate transferee district.  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

- The Panel expects attorneys presenting oral argument to be prepared to discuss what steps they have taken to pursue alternatives to centralization including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases.

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **May 14, 2018.** The procedures governing Panel oral argument (Panel Rule 11.1) are attached. The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the Northern District of Illinois

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on May 31, 2018, the Panel will convene a hearing session in Chicago, Illinois, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(b), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Marjorie O. Rendell            Charles R. Breyer
Lewis A. Kaplan               Ellen Segal Huvelle
R. David Proctor              Catherine D. Perry

SCHEDULE OF MATTERS FOR HEARING SESSION
May 31, 2018 -- Chicago, Illinois

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2833 - **IN RE: FEDLOAN STUDENT LOAN SERVICING LITIGATION**

Motion of plaintiffs Adam Morris, et al., to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Illinois

ROCKWELL, ET AL. v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
    AGENCY, C.A. No. 1:18-00367

Northern District of Ohio

FORD, ET AL. v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
    AGENCY, ET AL., C.A. No. 5:17-00049

Eastern District of Pennsylvania

MORRIS, ET AL. v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
    AGENCY, C.A. No. 2:18-00031
CLANCY v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,
    C.A. No. 2:18-00753

Middle District of Pennsylvania

SALVATORE v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
    AGENCY, C.A. No. 1:17-00385
GALLAGHER v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
    AGENCY, C.A. No. 1:17-02416

MDL No. 2834 – **IN RE: PERSONALWEB TECHNOLOGIES, LLC, AND LEVEL 3 COMMUNICATIONS, LLC, PATENT LITIGATION**

Motion of plaintiffs Personal Web Technologies, LLC, et al., to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. AIRBNB, INC.,
   C.A. No. 5:18–00149
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. AMICUS FTW, INC.,
   C.A. No. 5:18–00150
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. ATLASSIAN, INC.,
   C.A. No. 5:18–00154
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. CLOUD 66, INC.,
   C.A. No. 5:18–00155
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. CUREBIT,INC.,
   C.A. No. 5:18–00156
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. DOXIMITY, INC.,
   C.A. No. 5:18–00157
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. FANDOR, INC.,
   C.A. No. 5:18–00159
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. GOLDBELY, INC.,
   C.A. No. 5:18–00160
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. GOPRO, INC.,
   C.A. No. 5:18–00161
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. HEROKU, INC.,
   C.A. No. 5:18–00162
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. LEAP MOTION, INC.,
   C.A. No. 5:18–00163
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. MELIAN LABS, INC.,
   C.A. No. 5:18–00165
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. MYFITNESSPAL, INC.,
   C.A. No. 5:18–00166
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. QUOTIENT TECHNOLOGY,
   INC., C.A. No. 5:18–00169
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. REDDIT, INC.,
   C.A. No. 5:18–00170
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. ROBLOX CORPORATION,
   C.A. No. 5:18–00171
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. STITCHFIX, INC.,
   C.A. No. 5:18–00173

PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. STUMBLEUPON, INC.,
    C.A. No. 5:18‒00174
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. TEESPRING, INC.,
    C.A. No. 5:18‒00175
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. TOPHATTER, INC.,
    C.A. No. 5:18‒00176
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. VENMO, INC.,
    C.A. No. 5:18‒00177
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. WEBFLOW, INC.,
    C.A. No. 5:18‒00178
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. SQUARE, INC.,
    C.A. No. 5:18‒00183
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. VEND, INC., ET AL.,
    C.A. No. 5:18‒00196
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. MERKLE, INC.,
    C.A. No. 5:18‒00409
AMAZON.COM, INC., ET AL. v. PERSONAL WEB TECHNOLOGIES, LLC,
    ET AL., C.A. No. 5:18‒00767

District of Delaware

PERSONAL WEB TECHNOLOGIES, LLC, ET AL. v. CAPTERRA, INC.,
    C.A. No. 1:18‒00133
PERSONAL WEB TECHNOLOGIES, LLC, ET AL. v. KARMA MOBILITY INC.,
    C.A. No. 1:18‒00134
PERSONAL WEB TECHNOLOGIES, LLC, ET AL. v. .LIVECHAT SOFTWARE SA,
    ET AL., C.A. No. 1:18‒00135
PERSONAL WEB TECHNOLOGIES, LLC, ET AL. v. MATCH GROUP, LLC,
    ET AL., C.A. No. 1:18‒00136
PERSONAL WEB TECHNOLOGIES, LLC, ET AL. v. WEDDINGWIRE, INC.,
    C.A. No. 1:18‒00137

Eastern District of New York

PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. ATLAS OBSCURA, INC.,
    C.A. No. 1:18‒00164
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. KICKSTARTER, PBC,
    C.A. No. 1:18‒00206
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. CLOUD WARMER INC.,
    C.A. No. 2:18‒00205

Southern District of New York

PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. BDG MEDIA, INC.,
    ET AL., C.A. No. 1:18‒00212
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. BITLY, INC.,
    C.A. No. 1:18‒00216
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. BLUE APRON, LLC,
    C.A. No. 1:18‒00217
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. CENTAUR MEDIA USA, INC.,
    ET AL., C.A. No. 1:18‒00219
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. FAB COMMERCE & DESIGN,
    INC., C.A. No. 1:18‒00220
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. FOOD52, INC.,
    C.A. No. 1:18‒00222
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. PANJIVA, INC.,
    C.A. No. 1:18‒00223
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. GROUP NINE MEDIA, INC.,
    ET AL., C.A. No. 1:18‒00268
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. FANDUEL, INC., ET AL.,
    C.A. No. 1:18‒00269
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. ROCKETHUB, INC., ET AL.,
    C.A. No. 1:18‒00271
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. SPONGECELL, INC.,
    C.A. No. 1:18‒00272

Eastern District of Texas

PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. YOTPO LTD,
    C.A. No. 4:18‒00045
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. LESSON NINE GMBH,
    C.A. No. 4:18‒00046
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. FIVERR INTERNATIONAL
    LTD., C.A. No. 4:18‒00047
PERSONALWEB TECHNOLOGIES, LLC, ET AL. v. MWM MY WEDDING MATCH
    LTD., C.A. No. 4:18‒00049

MDL No. 2835 – **IN RE: IRON OAK TECHNOLOGIES, LLC, PATENT LITIGATION**

Motion of plaintiff Microsoft Corporation to transfer the following actions to the United States District Court for the Northern District of Texas:

District of Delaware

IRON OAK TECHNOLOGIES, LLC v. LENOVO (UNITED STATES), INC., ET AL., C.A. No. 1:17‒01153

Eastern District of Texas

IRON OAK TECHNOLOGIES, LLC v. HUAWEI DEVICE USA, INC., ET AL., C.A. No. 2:17‒00744

Northern District of Texas

IRON OAK TECHNOLOGIES, LLC v. FUJITSU AMERICA, INC., ET AL., C.A. No. 3:16‒03319
IRON OAK TECHNOLOGIES, LLC v. TOSHIBA AMERICA, INC., ET AL., C.A. No. 3:16‒03320
IRON OAK TECHNOLOGIES, LLC v. ASUS COMPUTER INTERNATIONAL, ET AL., C.A. No. 3:16‒03322
IRON OAK TECHNOLOGIES, LLC v. SAMSUNG ELECTRONICS AMERICA, INC., ET AL., C.A. No. 3:17‒01259
IRON OAK TECHNOLOGIES, LLC v. SHARP ELECTRONICS CORPORATION, ET AL., C.A. No. 3:17‒02699
IRON OAK TECHNOLOGIES, LLC v. ZTE CORPORATION, ET AL., C.A. No. 3:17‒03112
MICROSOFT CORPORATION v. IRON OAK TECHNOLOGIES, LLC, C.A. No. 3:18‒00222

Western District of Texas

IRON OAK TECHNOLOGIES, LLC v. DELL INC., C.A. No. 1:17‒00999
IRON OAK TECHNOLOGIES, LLC v. HP INC., C.A. No. 1:17‒01068
IRON OAK TECHNOLOGIES, LLC v. ACER AMERICA CORPORATION, ET AL., C.A. No. 6:17‒00143

MDL No. 2836 – **IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION**

Motion of plaintiffs UFCW Local 1500 Welfare Fund and Philadelphia Federation of Teachers Health and Welfare Fund to transfer the following actions to the United States District Court for the Eastern District of New York:

Eastern District of New York

UFCW LOCAL 1500 WELFARE FUND v. MERCK & CO., INC., ET AL.,
    C.A. No. 1:18‒00763
PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND
    v. MERCK & CO., INC., ET AL., C.A. No. 1:18‒01216

Eastern District of Virginia

FWK HOLDINGS, LLC v. MERCK & CO., INC., ET AL., C.A. No. 2:18‒00023
FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, INSURANCE TRUST
    FUND v. MERCK & CO., INC., ET AL., C.A. No. 2:18‒00035
CESAR CASTILLO, INC. v. MERCK & CO., INC., ET AL., C.A. No. 2:18‒00039
ROCHESTER DRUG COOPERATIVE, INC.  v. MERCK & CO., INC., ET AL.,
    C.A. No. 2:18‒00071
SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUND v.
    MERCK & CO., INC., ET AL., C.A. No. 2:18‒00108

MDL No. 2838 – **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION**

Motion of plaintiffs Haff Poultry, Inc., et al., to transfer the following actions to the United States District Court for the Eastern District of Oklahoma:

Eastern District of North Carolina

HAFF POULTRY, INC., ET AL. v. KOCH FOODS, INC., ET AL.,
    C.A. No. 7:18‒00031

Eastern District of Oklahoma

HAFF POULTRY, INC., ET AL. v. TYSON FOODS, INC., ET AL.,
    C.A. No. 6:17‒00033

MDL No. 2839 – **IN RE: LURASIDONE PATENT LITIGATION**

Motion of plaintiffs Sumitomo Dainippon Pharma Co., Ltd., et al., to transfer the following actions to the United States District Court for the District of New Jersey:

District of Delaware

SUMITOMO DAINIPPON PHARMA CO., LTD., ET AL. v. AMNEAL
PHARMACEUTICALS, LLC, C.A. No. 1:18–00256
SUMITOMO DAINIPPON PHARMA CO., LTD., ET AL. v. FIRST TIME US
GENERICS, LLC, C.A. No. 1:18–00369

District of New Jersey

SUMITOMO DAINIPPON PHARMA CO., LTD., ET AL. v. EMCURE
PHARMACEUTICALS LTD., C.A. No. 2:18–02065
SUMITOMO DAINIPPON PHARMA CO., LTD., ET AL. v. AUROBINDO
PHARMA LTD., ET AL., C.A. No. 2:18–02620

Eastern District of New York

SUMITOMO DAINIPPON PHARMA CO., LTD., ET AL. v. INVAGEN
PHARMACEUTICALS INC., C.A. No. 1:18–01444

Middle District of North Carolina

SUMITOMO DAINIPPON PHARMA CO., LTD., ET AL. v. ACCORD
HEALTHCARE, INC., C.A. No. 1:18–00185

MDL No. 2840 – **IN RE: COMERICA BANK WOODBRIDGE INVESTMENT
LITIGATION**

Motion of plaintiffs Mark Baker, et al., to transfer the following actions to the United States District Court for the Southern District of Florida:

Central District of California

JAY BEYNON FAMILY TRUSTED DTD 10/23/1998, ET AL. v. COMERICA
BANK, C.A. No. 2:18–00103
PRINCE, ET AL. v. COMERICA BANK, C.A. No. 2:18–00430
LANDMAN, ET AL. v. COMERICA BANK, C.A. No. 2:18–00471
GORDON, ET AL. v. COMERICA BANK, ET AL., C.A. No. 2:18–01298

Southern District of Florida

BAKER, ET AL. v. COMERICA BANK, C.A. No. 0:18‒60524

MDL No. 2841 ‒ **IN RE: MONAT HAIR CARE PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Amber Alabaster and Crystal Merritt to transfer the following actions to the United States District Court for the Western District of Oklahoma or the United States District Court for the Northern District of Texas:

Southern District of Florida

SOHOVICH v. MONAT GLOBAL CORP., ET AL., C.A. No. 1:18‒20624
WHITMIRE, ET AL. v. MONAT GLOBAL CORP., C.A. No. 1:18‒20636
MCWHORTOR, ET AL. v. MONAT GLOBAL CORP., C.A. No. 1:18‒20870

Western District of Oklahoma

ALABASTER, ET AL. v. MONAT GLOBAL CORP., C.A. No. 5:18‒00224

Northern District of Texas

MERRITT v. MONAT GLOBAL CORP., C.A. No. 3:18‒00657

MDL No. 2842 ‒ **IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION**

Motion of plaintiffs Eric J. Levy, Living Trust UA dated 1/21/10, et al., to transfer the following actions to the United States District Court for the Southern District of New York:

Northern District of Illinois

TOMASULO v. CBOE EXCHANGE, INC., ET AL., C.A. No. 1:18‒02025

Southern District of New York

SAMUEL v. JOHN DOES, C.A. No. 1:18‒01593
QUINT v. DRW HOLDINGS, LLC, ET AL., C.A. No. 1:18‒01980
MUSSO v. JOHN DOES, C.A. No. 1:18‒02269
LEVY, LIVING TRUST UA DATED 1/21/10, ET AL. v. JOHN DOES,
    C.A. No. 1:18‒02552

MDL No. 2843 – **IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION**

Motion of plaintiffs Theresa Beiner, et al., to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

PRICE v. FACEBOOK, INC., ET AL., C.A. No. 3:18–01732
RUBIN v. FACEBOOK, INC., ET AL., C.A. No. 3:18–01852
O'KELLY v. FACEBOOK, INC., ET AL., C.A. No. 3:18–01915
BEINER, ET AL. v. FACEBOOK, INC., ET AL., C.A. No. 3:18–01953
GENNOCK, ET AL. v. FACEBOOK, INC., ET AL., C.A. No. 4:18–01891

Northern District of Illinois

COMFORTE, ET AL. v. CAMBRIDGE ANALYTICA, ET AL., C.A. No. 1:18–02120

District of New Jersey

MALSKOFF, ET AL. v. FACEBOOK, INC., ET AL., C.A. No. 2:18–04451

Southern District of Texas

LODOWSKI v. FACEBOOK, INC., ET AL., C.A. No. 4:18–00907

MDL No. 2844 – **IN RE: FLORIDA, PUERTO RICO, AND U.S. VIRGIN ISLANDS 2016 AND 2017 HURRICANE SEASONS FLOOD CLAIMS LITIGATION**

Motion of plaintiffs Marcia Samuelson, et al., and Felix Guardiola,, et al., to transfer the following actions to the United States District Court for the Southern District of Florida:

Middle District of Florida

NETKA v. FIRST COMMUNITY INSURANCE COMPANY, C.A. No. 3:18–00180
ACKER, ET AL. v. TOWER HILL PREFERRED INSURANCE COMPANY,
   C.A. No. 5:17–00439
BATISTA, ET AL. v. ALLSTATE INSURANCE COMPANY, C.A. No. 8:17–02081
GUARDIOLA, ET AL. v. AMERICAN BANKERS INSURANCE COMPANY OF
   FLORIDA, C.A. No. 8:17–02208
AUNER, ET AL. v. TOWER HILL PREFERRED INSURANCE COMPANY,
   C.A. No. 8:17–02209

GUARDIOLA, ET AL. v. AMERICAN STRATEGIC INSURANCE,
    C.A. No. 8:17‒02211
WASSEN, ET AL. v. ALLSTATE INSURANCE COMPANY, C.A. No. 8:17‒02213
SAMUELSON, ET AL. v. TOWER HILL PREFERRED INSURANCE COMPANY,
    C.A. No. 8:17‒02214
SHELDON, ET AL. v. TOWER HILL PREFERRED INSURANCE COMPANY,
    C.A. No. 8:17‒02215
CONNERS v. TOWER HILL PRIME INSURANCE COMPANY, C.A. No. 8:17‒02937

        Northern District of Florida

CEDAR KEY MARINA II INC. v. WRIGHT NATIONAL FLOOD INSURANCE
    COMPANY, C.A. No. 1:17‒00236
PATE v. ALLSTATE INSURANCE COMPANY, C.A. No. 1:17‒00238

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 2047 – **IN RE: CHINESE‑MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

      Oppositions of plaintiffs Andre Amorin, et al., and defendants Taishan Gypsum Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of Florida:

<u>Eastern District of Louisiana</u>

      AMORIN, ET AL. v. TAISHAN GYPSUM CO., LTD., ET AL., C.A. No. 2:11-01672 (S.D. Florida, C.A. No. 1:11‑22408)

MDL No. 2158 – **IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION**

      Motion of plaintiffs David Foscue, et al., for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Western District of Arkansas:

<u>District of New Jersey</u>

      FOSCUE, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 2:12‑07491 (W.D. Arkansas, C.A. No. 1:12‑01083)

MDL No. 2187 – **IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

      Opposition of plaintiff Noetic Specialty Insurance Company to transfer of the following action to the United States District Court for the Southern District of West Virginia:

<u>Eastern District of Virginia</u>

      NOETIC SPECIALTY INSURANCE COMPANY v. MEDTRONIC PLC, C.A. No. 1:18‑00139

MDL No. 2244 – **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Motion of relators Dr. Antoni Nargol and Dr. David Langton to transfer the following action to the United States District Court for the Northern District of Texas:

District of Massachusetts

UNITED STATES OF AMERICA, ET AL. v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 1:12‒10896

MDL No. 2428 – **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Josephine Gallardo Hernandez, et al., to transfer of the following action to the United States District Court for the District of Massachusetts:

Southern District of Texas

GALLARDO HERNANDEZ, ET AL. v. KIDNEY SPECIALISTS OF SOUTH TEXAS, P.A., ET AL., C.A. No. 2:18‒00056

MDL No. 2543 – **IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION**

Opposition of plaintiffs Richard Ronquillo, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Western District of Texas

RONQUILLO, ET AL. v. BRAVO SOUTHWEST, LP, ET AL., C.A. No. 3:18‒00016

MDL No. 2575 – **IN RE: FLUIDMASTER, INC., WATER CONNECTOR COMPONENTS PRODUCTS LIABILITY LITIGATION**

Opposition of defendant Merrimack Mutual Fire Insurance Company to transfer of the following action to the United States District Court for the Northern District of Illinois:

District of Massachusetts

FLUIDMASTER, INC. v. MERRIMACK MUTUAL FIRE INSURANCE COMPANY, C.A. No. 1:18‒10260

-12-

MDL No. 2599 – **IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

    Oppositions of plaintiff William Hogan, Jr., and defendant Mercedes-Benz USA, LLC, to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

        Middle District of Florida

    HOGAN v. GOMEZ, ET AL., C.A. No. 2:18–00134

        Northern District of Georgia

    MAESTRI v. MERCEDES–BENZ USA, LLC, ET AL., C.A. No. 1:18–01070

MDL No. 2738 – **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

    Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of New Jersey:

        Northern District of Illinois

    FRYE v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:18–00940

        Eastern District of Missouri

    GAVIN, ET AL. v. JOHNSON & JOHNSON CONSUMER, INC., ET AL., C.A. No. 4:18–00212
    REISING, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:18–00380

        Eastern District of Pennsylvania

    STORM, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:18–01049

MDL No. 2741 – **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

    Opposition of plaintiff Ralph A. Applegate transfer of the following action to the United States District Court for the Northern District of California:

        Southern District of Ohio

    APPLEGATE v. MONSANTO COMPANY, C.A. No. 2:18–00045

MDL No. 2775 – **IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Francis Gregg Proudfoot, II, to transfer of the *Proudfoot* action to the United States District Court for the District of Maryland and motions of plaintiffs Michael Tipsord, et al., to transfer the *Tipsord* action and defendant Smith & Nephew, Inc., to transfer the *Lafountain*, *McAnneny*, *Bucalo*, and *Shuker* actions to the United States District Court for the District of Maryland:

District of Connecticut

LAFOUNTAIN v. SMITH & NEPHEW, INC., ET AL., C.A. No. 3:14–01598
MCANNENY v. SMITH & NEPHEW, INC., C.A. No. 3:17–00012
PROUDFOOT v. SMITH & NEPHEW, INC., C.A. No. 3:17–01106

Central District of Illinois

TIPSORD, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:16–01339

Northern District of Illinois

BUCALO, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:17–06911

Eastern District of Pennsylvania

SHUKER, ET AL. v. SMITH & NEPHEW, PLC, ET AL., C.A. No. 5:13–06158

MDL No. 2800 – **IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

Oppositions of plaintiffs Deborah Walton and Cedric Forrest to transfer of their respective following actions to the United States District Court for the Northern District of Georgia:

Southern District of Indiana

WALTON v. EQUIFAX, INC., ET AL., C.A. No. 1:18–00225

Southern District of Texas

FORREST v. EQUIFAX INC., C.A. No. 4:18–00817

MDL No. 2804 – **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

Oppositions of plaintiffs and defendant Mylan Inc., to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

District of Delaware

STATE OF DELAWARE v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:18‑00383

Middle District of Florida

THE COUNTY OF OSCEOLA v. PURDUE PHARMA L.P., ET AL.,
    C.A. No. 6:18‑00164

Eastern District of Kentucky

COMMONWEALTH OF KENTUCKY, ET AL. v. MCKESSON CORPORATION,
    C.A. No. 3:18‑00010

Eastern District of Louisiana

ST. BERNARD PARISH GOVERNMENT v. PURDUE PHARMA L.P., ET AL.,
    C.A. No. 2:18‑02717

District of Maryland

ANNE ARUNDEL COUNTY, MARYLAND v. PURDUE PHARMA L.P., ET AL.,
    C.A. No. 1:18‑00519

District of Montana

STATE OF MONTANA v. PURDUE PHARMA, ET AL., C.A. No. 6:18‑00033

Eastern District of Oklahoma

THE CHEROKEE NATION v. MCKESSON CORPORATION, ET AL.,
    C.A. No. 6:18‑00056

Eastern District of Texas

COUNTY OF VAN ZANDT v. PURDUE PHARMA, L.P., ET AL.,
    C.A. No. 6:18‑00064

Southern District of Texas

COUNTY OF HARRIS v. PURDUE PHARMA L.P., ET AL., C.A. No. 4:18‒00490

Southern District of West Virginia

THE COUNTY COMMISSION OF CLAY COUNTY v. PURDUE PHARMA, L.P.,
    ET AL., C.A. No. 2:18‒00413

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

    (a)    <u>Schedule</u>.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

    (b)    <u>Oral Argument Statement</u>.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

        (i)    The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

    (c)    <u>Hearing Session</u>.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

        (i)    the dispositive issue(s) have been authoritatively decided; or
        (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

    (d)    <u>Notification of Oral Argument</u>.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

        (i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
        (ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

    (e)    <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

    (f)    <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.